IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Thomas Daniel Veitch                    )
_____            )    RECEIVED
Full name and prison number            )
of plaintiff(s)                        )    2008 JAN 17 A 9:57
                                       )
v.                                     )    CIVIL ACTION NO. 2:08-CV-43 MEF
                                       )    U.S. DIST. CT.
Cpl D.K. Corkran                       )    MIDDLE D. (To be supplied by Clerk of
_____            )         U.S. District Court)
montgomery Police chief Art Baylor     )
Montgomery City Police Dept.           )
_____            )
                                       )
_____            )
_____            )
Name of person(s) who violated         )
your constitutional rights.            )
(List the names of all the             )
persons.)                              )


I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES (    )  NO ( ✓ )

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES (    )  NO ( ✓ )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _____N/A_____

                  _____

                  Defendant(s) _____N/A_____

                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) ____N/A_____

                  _____

3.    Docket number ____N/A_____

4.    Name of judge to whom case was assigned _____
_____N/A_____

5.    Disposition (for example:  Was the case dismissed?
Was it appealed?  Is it still pending?) _____
_____N/A_____

6.    Approximate date of filing lawsuit ___N/A_____

7.    Approximate date of disposition ___N/A_____

II.   PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_
_po Box 767 Clayton Alabama 36016_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Fairground rd._
_montgomery Alabama_____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.
         NAME                          ADDRESS

1.  _Cpl. O.L Cockran 2nd shift patrol   320 N Ripley st   montgomery AL._
2.  _Chief of Police Art Baylor         320 N Ripley st   montgomery AL._
3.  _City of montgomery Police dept.   320 N Ripley st   montgomery AL._
4.  _____
5.  _____
6.  _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_____Oct. 26 2006_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  _my rights to protection under the 8th amendment_
_to the Constitution against cruel and unusual punishment were Violated._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.    (State as best you can the time, place and manner and person involved.)

On Oct 26 2006 at about 9:00 pm above Named defendants did commit assault upon plaintiff where defendant cpl D.K. Corkran did intentually willfully, maliciously, and un lawfully kick plaintiff while plaintiff was lying face down, handcuffed, fracturing 2 ribs on right side in an angry manner under circumstances which created in the mind of the plaintiff fear of imminent harm,

GROUND TWO: My rights to protection under the 14th amendment to equal protection under the law were violated,

SUPPORTING FACTS:  Where knowingly using excessive force in detaining arrestee after lawful arrest by the actions of arresting officer Cpl D.K. Corkran 2nd shift patrol was Not only grossly disproportinate and without justification, deligerate indifferance was shown. Un convicted dotainees rights are at least as great as those of convicted prisoners protected by the 8th amendment

GROUND THREE:  My rights under the 8th and 14 amendment were violated by proxy as supervisor and organization

SUPPORTING FACTS:  That Chief Art Baylor and Montgomery police Dept as Supervisor and organization failed to protect my constitutional rights by allowing this violation without punishment of Cpl Corkran for his illegal assault on my person It was witnessed by several patrol officers and Detective B.E Thornell-064 who failed to stop the assault. If they witness a crime there must be an arrest of the perpatrator. Cpl D.K Corkran was not arrested even though officers witnessed This crime.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I wish the court to order Cpl. D.K. Corkran to pay $350⁰⁰ in compensatory damages for my medical bills. Also I want cpl. D.K Corkran to pay $150,000⁰⁰ in punitive damages as punishment for violating my rights.

_Thomas O'Veill_ 180586
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on  _1-12-2008_ .
                       (Date)

_Thomas David Veith_ 180586
Signature of plaintiff(s)

4

NAME *Thomas D Veitch*    AIS # 180586   DORM # F4

**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016



MONTGOMERY AL 361
16A

16 JAN 2008 PM 1 L

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

**VENTRESS
LAW LIBRARY**

36101/0711

*Debra Hackett*
*office of the clerk*
*United states District court*
*Po Box 711*
*montgomery AL 36101- 0711*