ΑO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ Middle _____ **District of** _____ Alabama _____

Thomas Daniel Veitch

Plaintiff

V.

City of Montgomery Police Chief Art Baylor
City of Montgomery Police Department
Cpl. D.K. Corkran 2nd Shift Patrol

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

RECEIVED

2008 JAN 17  A  9 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2.08-CV-43-MEF

I, Thomas Daniel Veitch  180586 declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Ventress Correctional Facility  Clayton AL.

    Are you employed at the institution?  yes   Do you receive any payment from the institution?  NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    Oct 23 2006 Gulf Diesel Service Race st montgomery AL 36104
    #1600.00 Per month take home

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☑ No
    b.  Rent payments, interest or dividends          ☐ Yes          ☑ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
    d.  Disability or workers compensation payments          ☐ Yes          ☑ No
    e.  (Gifts) or inheritances          ☑ Yes          ☐ No
    f.  Any other sources          ☐ Yes          ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    I recieve approximatly 20.00 to 30.00 a month from any one of 3 sources
    mary R veitch, Beverly Hughes, Barbara Veitch it is a bit irregular as to
    secquence.

4. Do you have any cash or checking or savings accounts?        ☐ Yes        ☑ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_1-12-2008_          _Thomas Daniel Veitch_ 180586
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1 - 14 - 2008_____.
    (date)

                            _Thomas Daniel Veitch 180586_
                            Signature of Affiant

## CERTIFICATE

— I hereby certify that the plaintiff herein has the sum of $ _25 36_ on account to his credit at the _Ventress_____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____ _N/A_ _____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $___ _See_ ___ on the 1st day of _attached_____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____ _Computed monthly balances attached_ _____
_____

                            _T Doss_
                            Authorized Officer of Institution

DATE _1/15/08_____

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS

AIS #: 180586    NAME: VEITCH, THOMAS DANIEL    AS OF: 01/15/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JAN   | 16        | $0.00             | $0.00            |
| FEB   | 28        | $0.06             | $0.31            |
| MAR   | 31        | $9.28             | $55.00           |
| APR   | 30        | $1.09             | $30.00           |
| MAY   | 31        | $3.03             | $45.00           |
| JUN   | 30        | $13.48            | $120.00          |
| JUL   | 31        | $1.77             | $45.00           |
| AUG   | 31        | $8.76             | $50.00           |
| SEP   | 30        | $9.03             | $0.00            |
| OCT   | 31        | $9.47             | $32.46           |
| NOV   | 30        | $1.57             | $45.00           |
| DEC   | 31        | $12.43            | $105.00          |
| JAN   | 15        | $10.82            | $45.00           |

NAME _Thomas D Veitch_ AIS # _180586_ DORM # _F4 -_
**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

MONTGOMERY AL 361
16A

16 JAN 2008  PM 1 L



**"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."**

**VENTRESS
LAW LIBRARY**

Debra Hackett
office of the clerk
United States District court
Po Box 711
montgomery AL 36101- 0711

36101/0711