2:08-CV-00043-MEF

Petition for relief          1-23-08

Ms Hacket, I recieved your notice of Filing Fee procadures on 1-22-08. In reguards to payment of the initial partial Filing Fee assessed in this case I would like to ask for a 14 day extention of the required Feb 4-08 date you sent as the cutoff date for Filing said initial partial Filing Fee as that is not a lot of time in order for me to get the required amount of $9.46 put on my books here and then have the state send it to the office of the clerk. I wish to move foward with my civil Lawsuit but would Like the 14 Day extention of the Feb-4-08 dedline if possible. I will have the initial partial Filing Fee on my account here at Ventress by that time in order for the state to deduct it. I don't wish to have my lawsuit rejected for late payment as I will still owe the Entire fee but have no case in the Federal court.

Thank you
Thomas Daniel Veitch 180586

RECEIVED 2008 JAN 25 A 9:58 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

NAME Thomas D Veitch    AIS # 180586    DORM # F4-16
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
24 JAN 2008 PM 4 L

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

Debbra Hackett
Office of the Clerk
United States Middle District Court
PO Box 711
Montgomery AL 36101-0711