```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003645
Cashier ID: brobinso
Transaction Date: 01/31/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: THOMAS VEITCH
 Case/Party: D-ALM-2-08-CV-000043-001
 Amount:          $9.46
-----------------------------------------
CHECK
 Check/Money Order Num: 19888
 Amt Tendered:  $9.46
-----------------------------------------
Total Due:       $9.46
Total Tendered:  $9.46
Change Amt:      $0.00

PER ORDER DIRECTING INITIAL PARTIAL
PAYMENT BY 2/4/08
```