**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Art Baylor
Chief of Police
Montgomery Police Department
320 North Ripley Street
Montgomery, AL 36104

08cv43

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent / ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Jerry Edward Jr.

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB 0 5 2008

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0000 0024 9087

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporal O.L. Corkran
2nd Shift Patrol
Montgomery Police Department
320 North Ripley Street
Montgomery, AL 36104

08cv43

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent / ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Jerry Edward Jr.

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB 0 5 2008

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0000 0024 9070

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540