In the District Court of the United States
For the Middle District of Alabama
Northern Division

Thomas Daniel Veitch 180586
Plaintiff
V
D.K. Corkran, et al.,
Defendants

RECEIV...

2008 FEB 28  A  9: 29   Civil Action No. 2:08-CU-43-MEF

JEBRA P. HACKETT, C...
U.S. DISTRICT COURT
DISTRICT ALA.

Motion to preserve electronically stored evidence under
Federal Rules of Civil Procedure Rule 26 (b) (1)

Comes now the Plaintiff to petition the court for good cause to take control, possession from the defendants any and all electronically stored police car dash camera film footage now in the the sole control, custody, and possession of Chief Art Baylor defendent in this action. *Foot Age of my ARREST.*

1. As this electronically stored film footage is stored in a medium which is easily lost, errased or damaged by many accidental or inadvertant means such as lightening strikes, power surges, power loss, improper key input or hardware or software damage, I would partition the court to act in good cause to order immediate discovery of this car dash camera film to preserve this irreplaceable footage as it is evidence of true fact to the plaintififfs civil action against the defendents.

2. As this evidence is of important and relevant probative value to the plantiff's presumptions stated in the original complaint, this film can establish the basic facts given rise to the presumption. This electronically stored information will have the tendency to make the existance of the presumed fact that  Cpl. D. K. Corkran did in fact assault the plaintiff. This electronically stored film footage proves facts that are a consequense of the determination of the action.

3. As this evidence would have the tendency to prove a disputed fact, all measures by the court to save and protect this evidence from damage or distruction or loss is crutial.

4. If this electronically stored film footage is lost by accident or other actions, it would greatly hamper the plaintiff's case which is why I would like the court to take and retain control of this vital informational evidence.

5 By the process of "legal reasoning" this evidence possesses sufficient probative value to justify its protection by the court and should not be left to the control of Plaintiff or Defendant but the independant court to protect both parties.

*Thomas Daniel Veitch* 180586
Plaintiff

*Pro Se*
Attorney of Record

Certificate of Service
I hereby certify that I have served a copy of hte foregoing motion on both defendants, Chief Art Baylor, Cpl. D.K. Corkran by placing a copy of same in the U.S. Mail properly addressed and postage paid on this _27th_ day of _FeBuary_ 2008.

*Thomas Daniel Veitch* 180586
Plaintiff.

NAME _Thomas Veitch_    AIS #_180586_    DORM #_F-4 16A_

**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

MONTGOMERY AL 361

27 FEB 2008 PM 2 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Debra Hackett
office of the Clerk
U.S. District Court
Po Box 711
Montgomery AL 36101-0711

VENTRESS
LAW LIBRARY

36101+0711