IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS DANIEL VEITCH, #180586, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-43-MEF |
| | ) | |
| D. K. CORKRAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to preserve electronically stored evidence filed by the plaintiff on February 28, 2008 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed in this order. It is further

ORDERED that on or before March 20, 2008 the defendants shall file with the court any electronically stored evidence, i.e., film footage from the in-dash camera of the police car, which captured the plaintiff's arrest on October 26, 2006. The defendants are advised that if the aforementioned evidence does not now exist/has not ever existed they shall so inform the court.

Done this 29th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE