Case # 2:08 CV-43-MEF

Notice of change of Address            6 Feb 08

I was transfered to Kilby correctional Facility from Ventress correctional. My New address is

Thomas Veitch 180586
Dorm H Bed 47A
Po Box 150
mt meigs AL 36057

Thank you

RECEIVED 2008 MAR 10 A 10:29 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

NAME Thomas D Veitch    AIS #180586 DORM #
CORRECTIONAL FACILITY
Kilby   P. O. BOX 150
Mt Meigs AL 36057

Debra Hackett
Office of the Clerk
U.S. District Court
PO Box 711
Montgomery AL 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS LAW LIBRARY