IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DANIEL VEITCH, | ) Case No.: 2:08-cv-0043-MEF |
| Plaintiff, | ) **Conflict Disclosure Statement** |
| vs. | ) |
| D.K. CORKRAN, et al., | ) |
| Defendants. | ) |

    COMES NOW, Art Baylor, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

03/17/08                      /s/Wallace D. Mills
Date                           Counsel for
                                  Warden Collins
                                  City of Montgomery Legal Department
                                  103 N. Perry St.
                                  Montgomery, A1 36101
                                  334-241-2050

**CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed a copy of the above and foregoing Conflict Disclosure Statement to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 17th day of March, 2008:

Thomas Veitch #180586
Kilby Correctional Facility
Dorm H Bed 47A
P.O. Box 150
Mt. Meigs, AL  36057

                                                   /s/ Wallace D. Mills