IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DANIEL VEITCH, <br> AIS#180586 <br><br> Plaintiff, <br><br> vs. <br> D.K. CORKRAN, et al., <br><br> Defendant. | Case No.: 2:08-cv-0043-MEF <br><br> RESPONSE TO ORDER |

RECEIVED
2008 MAR 17 P 1:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COME NOW the defendants, Art Baylor and D.K. Corkran, by and through their undersigned counsel, pursuant to this Court's order of February 29, 2008 (Doc. No. 12), and give notice that they have contemporaneously herewith delivered the following to the clerk of the above-named court:

1. A compact disk containing film footage from the in-dash camera of the patrol car driven by D.K. Corkran on the night of October 26, 2006.

Respectfully submitted this 17th day of March, 2008.

_____
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008, that I have mailed by United States Postal Service the document to the above-named participant:

Thomas Daniel Veitch
AIS # 180586
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Alabama 36057

_____
OF COUNSEL

08cv43

# CD located in case file