Request for time to file extention          21 mar 08

On case # CV-208-043-MEF-TFM

In court order Document 16 Filed 3/14/08 the court ordered me (plaintiff) to Respond by Mar 31, 2008 to Defendants written report and Answer to my Plaintiffs Pro Se civil complaint. I would like to respectfully ask the court for a 60 day extention to the Apr, 1, 2008 filing time As I am a pro se respondant in this case and need more time to Research and Respond properly

Respectfully yours

Thomas Daniel Veitch 180586

Mar 27-08

Certificate of Service has been mailed to both defendents.

Please reconsiter this request, I apologise for this error

Thank you

Thomas Veitch 180586

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2008 MAR 28 A 9:31
RECEIVED

I hearby certify that I have served a copy of the foregoing Request on defendants chief ART Baylor, officer D.K. Corkran by placing a copy of same in the US. mail Properly addressed and postage prepaid on this 27th march day of 2008

Thomas D Veitch 180586
Plaintiff

Thomas Bueitch 180586
Dorm H Bed 42A
Po Box 150
Mt Meigs AL 36057



Office of the Clerk
United States District Court
Po Box 711
Montgomery AL 36101-0711

This correspondence is forwarded
from Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

36101+0711 B007