IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS DANIEL VEITCH, #180586, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-43-MEF |
| | ) | |
| D. K. CORKRAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 22, 2008 (Court Doc. No. 23), which the court construes as a motion for production of electronically stored evidence, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed in this order.  It is further

ORDERED that on or before September 11, 2008 the defendants shall file with the court any electronically stored evidence, i.e., recorded footage from the in-dash cameras of police vehicles present at plaintiff's arrest on October 26, 2006, which captured actions taken during such arrest.  The defendants are advised that if the aforementioned evidence does not now exist/has not ever existed they shall so advise the court.

Done this 22nd day of August, 2008.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE