IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS DANIEL VEITCH, 180586, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-43-MEF |
| | ) |
| D. K. CORKRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On January 31, 2011, the Magistrate Judge filed a Recommendation (Doc. #51) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant Baylor's motion for summary judgment (Doc. # 14) on the claims lodged against him by the plaintiff is GRANTED.

3. Defendant Corkran's motion for summary judgment (Doc. # 14) on the plaintiff's excessive force claim is DENIED.

4. This case will be set for a jury trial on the plaintiff's excessive force claim against defendant Corkran.

DONE this the 24th day of February, 2011.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE